**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Travis THOMPSON, Defendant–Appellant.**

**No. 01–6182.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 4, 2001.

Travis Thompson, pro se.

E. Jean Howard, Office of the United States Attorney, Greenville, SC, for appellee.

Before LUTTIG and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Travis Thompson appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. *See United States v. Thompson*, Nos. CR–98–722–3; CA–00–3416–20 (D.S.C. Nov. 8, 2000).* We dispense with

---

* We recently held in *United States v. Sanders*, 247 F.3d 139 (4th Cir.2001), that the new rule announced in *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000) is not retroactively applicable to cases on collateral review. Accordingly, Thompson's *Apprendi* claim is not cognizable.